UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § | |
| Plaintiff, § | |
| v. § | CASE NO. 3:17-cv-00139-D |
| § | |
| ROBIN GLEN CHARLET, STEVEN WILLIAM SPARKS, GREGORY JOHN TUTHILL, and KIRK DEAN PORTER, § § § § § | |
| Defendants. § | |

**UNOPPOSED MOTION TO ENTER AGREED FINAL
JUDGMENT AGAINST STEVEN WILLIAM SPARKS**

Plaintiff Securities and Exchange Commission (the "Commission") files this Unopposed Motion to Enter Judgment Against Defendant Steven William Sparks, and would respectfully show the Court as follows:

1. On January 13, 2017, this date the Commission filed its Complaint against the Defendants, including Defendant Sparks, , alleging violations of the federal securities laws.

2. In the Complaint, the Commission seeks, among other things, a permanent injunction against Porter from violating Section 5(a) and 5(c) of the Securities Act [15 U.S.C. §§ 5 U.S.C. §§ 77e(a) and §77e(c)] and Section 15(a) of the Exchange Act [15 U.S.C. § 78o(a)], along with disgorgement, prejudgment interest, and a civil penalty.

3. Defendant Sparks has executed a "Consent" and agreed to the entry of the attached "Final Judgment as to Defendant Steven William Sparks."  A copy of the Consent is attached as Exhibit A and a copy of the Final Judgment is attached as Exhibit B.  The executed Consent is also being filed with the Clerk simultaneously with the filing of this motion.

4. The Commission respectfully requests that the Court enter the Final Judgment as to Steven William Sparks.

Dated: December 5, 2017.                    Respectfully submitted,

                                                                   */s/ Janie Frank*
Janie L. Frank
Texas Bar No. 07363050
SECURITIES AND EXCHANGE COMMISSION
Fort Worth Regional Office
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, TX 76102-6882
(817) 978-6478
(817) 978-4927 (facsimile)
*frankj@sec.gov*

COUNSEL FOR PLAINTIFF SECURITIES AND EXCHANGE COMMISSION

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 4, 2017, I communicated with counsel for Defendant Sparks, Casey Moore, and she stated that Defendant did not oppose this motion.

*/s/ Janie L. Frank*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2017, a true and correct copy of the foregoing document was served via the Court's ECF system upon all counsel of record that are registered ECF users.

*/s/ Janie L. Frank*